UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80128-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,



FILED by _____ D.C.

NOV 1 4 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Plaintiff,

vs.

JORGE LUIS PUIG, JR.,

Defendant.      /
_____

### *REPORT AND RECOMMENDATION*

**THIS CAUSE** came before the Court on November 14, 2011, for a final hearing on alleged

violations of supervised release.  The defendant is charged with violation of his supervised release:

1.      Violation of  Mandatory Condition, by failing to refrain from a violation of the

law.

On or about July 13, 2011, in Palm Beach County, Florida, the defendant committed the

offense of possession of marijuana with intent to sell, contrary to Florida Statue 893.12.1a2.

2.      Violation of Standard Condition, by failing to notify the probation officer

within 72 hours of being arrested or questioned by a law enforcement officer.

On or about July 13, 2011, the defendant was arrested by the Florida Highway Patrol and he

failed to advise the U.S. Probation Officer.

The defendant consulted with counsel and admitted to violating condition 2 of his supervised release. The U.S. Probation Officer will recommend to the District Court to dismiss condition 1. Based upon this finding, this Court recommends to the District Court that JORGE LUIS PUIG, JR., be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T.K. Hurley, United States District Court Judge within fourteen (14) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 14th day of November, 2011.

_Linnea Johnson_

**LINNEA R. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

c:      The Honorable Daniel T.K. Hurley
        Stephen Carlton, AUSA
        Heidi Perlet, Esquire
        Scott Kirsche, USPO